UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN FRIEDMAN,

            Plaintiff,

    v.

COLETTE CHESTNUT, in her representative capacity,
MICHAEL KOOPER, STACEY LIPPMAN, CHIATDA
Y HOLDINGS INC. EMPLOYEE PROFIT SHARING
AND 401(K) PLAN, a/k/a CHIAT-DAY HOLDINGS
INC. PROFIT SHARING PLAN, TBW A WORLDWIDE
INC., and NATIONAL UNION FIRE INSURANCE
COMP ANY OF PITTSBURGH, PA.,

            Defendants.

Case No. 1:19-CV-00226 (PKC)

**STIPULATION AND XXXXXXXX
ORDER EXTENDING TIME TO
RESPOND TO COMPLAINT**

       **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned that the time by which defendant COLLETE CHESTNUT shall move, answer or otherwise respond to the complaint of plaintiff STEVEN FRIEDMAN is hereby extended to and including April 19, 2019. This is Chestnut's first extension of time to move, answer or otherwise respond to the complaint. A signed copy of this stipulation transmitted electronically or by facsimile shall be deemed an original for all purposes.

    Conference adjourned from April 11, 2019 to May 10, 2019 at 2:45 p.m.

Dated:  New York, New York
      March 26, 2019

[Signature Page Follows]

GordonLaw LLP

Tannenbaum Helpern Syracuse
& Hirschtritt LLP

By: _____
Michael R. Gordon
51 Bedford Road, Suite 2
Katonah, New York 10536
(914) 232-9500
mgordon@gordonlawllp.com

By: _____
Vincent J. Syracuse
900 Third Avenue
New York, New York 10022
(212) 508-6700
syracuse@thsh.com

*Attorneys for Plaintiff*

*Attorneys for Defendant Colette Chestnut*

SO ORDERED: _____
P. Kevin Castel
United States District Judge

3/28/2019