UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

STEVEN FRIEDMAN,

                Plaintiff,

      -against-

COLETTE CHESTNUT, in her representative capacity, MICHAEL KOOPER, STACEY LIPPMAN, CHIAT-DAY HOLDINGS INC. EMPLOYEE PROFIT SHARING AND 401(K) PLAN, a/k/a CHIAT-DAY HOLDINGS INC. PROFIT SHARING PLAN, TBWA WORLDWIDE INC., and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,

                Defendants.

------------------------------------------------------------X

19-cv-226 (PKC)

**Notice of Partial Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Steven Friedman hereby give notice that the claims asserted in the captioned action against National Union Fire Insurance Company of Pittsburgh, PA. are voluntarily dismissed, without prejudice.

Date: Katonah, New York
March 19, 2019

Yours, etc.

GordonLaw LLP

By: _____
Michael R. Gordon (MG-7838)

Attorneys for Plaintiff
51 Bedford Road, Suite 2
Katonah, NY 10536
(914) 232-9500
mgordon@gordonlawllp.com
www.gordonlawllp.com

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

3/29/2019