UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STEVEN FRIEDMAN,

                          Plaintiff,

            -against-

COLETTE CHESTNUT, in her representative capacity,      19 Civ. 226 (PKC)
MICHAEL KOOPER, STACEY LIPPMAN, CHIAT-
DAY HOLDINGS INC. EMPLOYEE PROFIT
SHARING AND 401(K) PLAN, a/k/a CHIAT-DAY
HOLDINGS INC. PROFIT SHARING PLAN, and
TBWA WORLDWIDE INC.,

                       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DECLARATION OF EDWARD M. SPIRO IN SUPPORT OF DEFENDANT
## MICHAEL KOOPER'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

EDWARD M. SPIRO, pursuant to 28 U.S.C. § 1746, hereby declares:

1.      I am a principal of the law firm of Morvillo Abramowitz Grand Iason & Anello

P.C., counsel for Defendant Michael Kooper in the above-captioned action.  I respectfully

submit this declaration in support of Mr. Kooper's motion to dismiss Plaintiff Steven

Friedman's Complaint as to Mr. Kooper pursuant to Rule 12(b)(6) of the Federal Rules of Civil

Procedure.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the Complaint in this

action, dated January 9, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 5, 2019.

                                                    _____
                                                    Edward M. Spiro