# GORDONLAW LLP

Michael R. Gordon
mgordon@gordonlawllp.com

April 15, 2019

**VIA ECF**

Hon. P. Kevin Castel
United States District Judge
United States District Court
   Southern District of New York
500 Pearl Street
New York, New York 10007

           **Re:**    *Steven Friedman v. Collette Chestnut, et al.,*
                    **S.D.N.Y. Civ. No. 19-226**

Dear Judge Castel:

We are the attorneys for Plaintiff, Steven Friedman in the referenced matter.

Following discussions with Defendant Colette Chestnut's counsel, we have agreed to voluntarily dismiss the claims against her without prejudice pursuant to Fed. R. Civ. P 41 (a).

                                          Very truly yours,

                                          Michael R. Gordon

Encl
cc:    Counsel of record (by ECF, w/encl)

GORDONLAW LLP | 51 Bedford Road, Suite 10, Katonah, NY 10536 | D 914.232.9500
www.gordonlawllp.com | 200 Park Avenue, Suite 1700, New York, NY 10166 | M 914.671.6873
                                                                                                      | F 914.992.6634