UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

STEVEN FRIEDMAN,

                                  Plaintiff,

        -against-

COLETTE CHESTNUT, in her representative capacity,
MICHAEL KOOPER, STACEY LIPPMAN, CHIAT-
DAY HOLDINGS INC. EMPLOYEE PROFIT
SHARING AND 401(K) PLAN, a/k/a CHIAT-DAY
HOLDINGS INC. PROFIT SHARING PLAN, TBWA
WORLDWIDE INC., and NATIONAL UNION FIRE
INSURANCE COMPANY OF PITTSBURGH, PA.,

                              Defendants.

-------------------------------------------------------------------X

19-cv-226 (PKC)

**Notice of Partial Voluntary
Dismissal Pursuant to
F.R.C.P. 41(a)(1)(A)(i)**

        Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Steven

Friedman hereby give notice that the claims asserted in the captioned action against Colette

Chestnut are voluntarily dismissed, without prejudice.

Date:    Katonah, New York
          April 15, 2019

                                      Yours, etc.

                                      GordonLaw LLP

                                      By: _____
                                           Michael R. Gordon (MG-7838)

                                      *Attorneys for Plaintiff*
                                      51 Bedford Road, Suite 2
                                      Katonah, NY 10536
                                      (914) 232-9500
                                      mgordon@gordonlawllp.com
                                      www.gordonlawllp.com

SO ORDERED: _____

Hon. P. Kevin Castel
U.S.D.J.