UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

STEVEN FRIEDMAN,

                Plaintiff,

                                                19-cv-226 (PKC)

-against-

COLETTE CHESTNUT, in her representative capacity,
MICHAEL KOOPER, STACEY LIPPMAN, CHIAT-
DAY HOLDINGS INC. EMPLOYEE PROFIT
SHARING AND 401(K) PLAN, a/k/a CHIAT-DAY
HOLDINGS INC. PROFIT SHARING PLAN, TBWA
WORLDWIDE INC., and NATIONAL UNION FIRE
INSURANCE COMPANY OF PITTSBURGH, PA.,

                Defendants.

**Notice of Partial Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i)**

------------------------------------------------------------X

        Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Steven Friedman hereby give notice that the claims asserted in the captioned action against Colette Chestnut are voluntarily dismissed, without prejudice.

Date:   Katonah, New York
         April 15, 2019

                                                    Yours, etc.

                                                    GordonLaw LLP

                                                    By: _____
                                                         Michael R. Gordon (MG-7838)

                                                    *Attorneys for Plaintiff*
                                                    51 Bedford Road, Suite 2
                                                    Katonah, NY 10536
                                                    (914) 232-9500
                                                    mgordon@gordonlawllp.com
                                                    www.gordonlawllp.com

SO ORDERED: _____
                    4-17-19

Case 1:19-cv-00226-PKC   Document 47   Filed 04/15/19   Page 2 of 2

Hon. P. Kevin Castel
U.S.D.J.