**GORDONLAW LLP**

Michael R. Gordon
mgordon@gordonlawllp.com

April 29, 2019

VIA ECF

Hon. P. Kevin Castel
United States District Judge
United States District Court
  Southern District of New York
500 Pearl Street
New York, New York 10007

The application is GRANTED.
SO ORDERED.
4/29/2019

_P. Kevin Castel_
United States District Judge

Re:   *Steven Friedman v. Collette Chestnut, et al.,*
      S.D.N.Y. Civ. No. 19-226

Dear Judge Castel:

We are the attorneys for Plaintiff, Steven Friedman in the referenced matter.

I have conferred with Ed Spiro, counsel for Defendant Michael Kooper, who has moved to dismiss the Complaint against him. Our opposition is due today. Mr. Spiro consents to a brief adjournment of our time to file our opposition to Mr. Kooper's motion to dismiss.

The proposed new filing date for our opposition, subject to the Court's approval would be May 2, 2019. Mr. Spiro's reply would be due May 17, 2019.

I requested the modification of our briefing schedule because I have been heavily involved in a TRO matter that has been unexpectedly protracted (Great Bowery, Inc. v. Bernstein, N.Y. Co. Index No. 652088/2019) Also, this passed Friday was a religious holiday that I observe and on which, for religious reasons, I do not work.

We respectfully request that the Court So Order this request.

This is the first request for a modification of the motion briefing schedule.

Hon. P. Kevin Castel
April 29, 2019
Page | 2

Very truly yours,

Michael R. Gordon

cc:     Counsel of record (by ECF)

*Dictated, but not read.

GORDONLAW LLP | 51 Bedford Road, Suite 10, Katonah, NY 10536 | D 914.232.9500
www.gordonlawllp.com | 200 Park Avenue, Suite 1700, New York, NY 10166 | M 914.671.6873
 | | F 914.992.6634