UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

Steven Friedman

                Plaintiff(s),

     - against -

TBWA Worldwide Inc.

                Defendant(s).
-----------------------------------------------------------x

19 Civ. 226 (PKC)

ORDER FOLLOWING
PRETRIAL CONFERENCE

CASTEL, United States District Judge

     As a result of a Pre-Trial Conference held before the Court today, the following is ORDERED:

1. Plaintiff voluntarily dismisses all claims against STACEY LIPPMAN.

2. Parties agree that plaintiff is not entitled to a jury on claim against the Cheat-Day Plan but dispute whether plaintiff is entitled to a jury on claim against TBWA.

3. Defendant TBWA will move to strike jury demand by December 13 and plaintiff will respond by December 27 and TBWA may reply by January 10, 2020.

4. The parties agree that TBWA Worldwide Inc. is sued only in its official capacity as the alleged administrator of the Plan.

The next Case Management Conference [the Final Pretrial Conference] will be held on _____ at _____ am/pm. Any conference scheduled for a date prior thereto is adjourned.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
11-19-19