**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
STEVEN FRIEDMAN,

                     Plaintiff,                    19 **CIVIL** 226 (PKC)

        -against-                          **FINAL JUDGMENT**

STACEY LIPPMAN, CHIAT-DAY HOLDINGS
INC. EMPLOYEE PROFIT SHARING AND
401(K) PLAN, a/k/a CHIAT-DAY HOLDINGS
INC. PROFIT SHARING PLAN, and TBWA
WORLDWIDE INC.,

                     Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 14, 2020, TBWA's motion for summary judgment is granted; accordingly, the case is closed.

**Dated:**  New York, New York
          May 15, 2020

                                                          **RUBY J. KRAJICK**
                                                          _____
                                                           **Clerk of Court**
                           **BY:**
                                                          _____
                                                             **Deputy Clerk**